UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER EDUARDO SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>FELIPE FERNANDEZ, et al.,<br><br>Defendants. | No. 2:25–cv–02445 CKD (PS)<br><br>ORDER TO SHOW CAUSE |

  On September 24 2025, the court granted plaintiff's motion to proceed in forma pauperis and determined that service was appropriate for two defendants. (ECF No. 5.) The court's order directed plaintiff to "provide the United States Marshal . . . within fourteen days . . . all information needed by the Marshal to effect service of process" as described in the order. The court also ordered plaintiff to "file a statement with the court that [these] documents have been submitted to the United States Marshal, along with a copy of the information provided to the Marshal." (Id.) That same day, the Clerk of Court issued a summons for each defendant and served plaintiff with the materials needed to effect service. (ECF Nos. 6 & 7.)

  The court's records indicate that plaintiff failed to file a statement with the court indicating that the required documents were submitted to the United States Marshal. Furthermore, the defendants have not appeared in the action. This strongly suggests that plaintiff failed to submit the process documents to the United States Marshal in compliance with the

1

court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days of this order, Plaintiff shall either:

   a. Submit the required documents to the United States Marshal and the court regarding service of process, as required by the court's September 24, 2025 order; or

   b. If plaintiff concludes he does not wish to pursue the action at this juncture, he may instead file a notice of voluntary dismissal of the action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2. Failure to respond to this order to show cause by the required deadline will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: November 6, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/sanc2445.osc_serv docs

2