UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER EDUARDO SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>FELIPE FERNANDEZ, et al.,<br><br>Defendants. | No.  2:25–cv–02445 CKD (PS)<br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, proceeding in this action pro se and in forma pauperis, filed the complaint in this action on August 22, 2025.  On September 24, 2025, the court found that plaintiff stated cognizable claims for purposes of screening and directed plaintiff to submit service documents for two defendants to the United States Marshal Service (USMS) and file a declaration with the court.

On November 6, 2025, the court ordered plaintiff to submit the required service documents to the USM and the court within fourteen days or face dismissal of this action. Plaintiff has not submitted the service documents or shown good cause for failing to do so; he has not filed anything in this action since the complaint.  Under Federal Rule of Civil Procedure 4(m), the court may dismiss an action without prejudice where service of summons is not made within 90 days after the filing of the complaint and plaintiff has not shown good cause for the failure.

////

1

1

2      Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall assign a district

3  judge to this action.

4      IT IS HEREBY RECOMMENDED THAT this action be dismissed without prejudice for

5  failure to prosecute.

6      These findings and recommendations are submitted to the United States District Judge

7  assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

8  after being served with these findings and recommendations, plaintiff may file written objections

9  with the court.  Such a document should be captioned "Objections to Findings and

10  Recommendations."  Plaintiff is advised that failure to file objections within the specified time

11  may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir.

12  1991).

13  Dated:  December 3, 2025

14                                                      CAROLYN K. DELANEY

15                                                      UNITED STATES MAGISTRATE JUDGE

21  2/sanc2445.no serv f&rs