UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER EDUARDO SANCHEZ,

Plaintiff,

v.

FELIPE FERNANDEZ, et al.,

Defendants.

No.  2:25–cv–02445-DJC-CKD (PS)

ORDER

Plaintiff is proceeding in this action pro se and in forma pauperis.  On December 3, 2025, the Magistrate Judge filed findings and recommendations herein which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 9.)  Plaintiff has not filed objections.  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 3, 2025 findings and recommendations (ECF No. 9) are adopted in full;

2. This action is dismissed without prejudice for failure to prosecute; and

1

3.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 13, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE